USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LUIS RODOLFO MEJIA,

                Plaintiff,

           - against -

JANET NAPOLITANO, et al.,

               Defendants.
------------------------------------------------------------x

10 Civ. 195 (RMB)

**ORDER OF DISCONTINUANCE**

       Based upon Plaintiff's letter, dated June 24, 2010, indicating that "the Department of Homeland Security [is] finaliz[ing] its consideration of Mr. Mejia's petition," it is hereby

       **ORDERED**, that the conference scheduled for June 28, 2010 is vacated; and it is further

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before August 28, 2010 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated: New York, New York
       June 25, 2010

                                                                                            Richard M. Berman, U.S.D.J.